

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,477-01

### EX PARTE RODNEY KEITH ROGERS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 42593CR/A IN THE 443RD DISTRICT COURT
### FROM ELLIS COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4).

The district clerk shall forward to this Court a transcribed copy of the plea hearing in Applicant's case. The district clerk shall comply with this order within fifteen days from the date of this order.

Filed: January 16, 2020
Do not publish